

# STATE OF LOUISIANA
# SECRETARY OF STATE

9/10/09

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-91
(225) 922-0415

AMERICAN MODERN HOME INSURANCE COMPANY
7000 MIDLAND BLVD.
AMELIA, OH 45102-2607

SUIT NO: 42592
18TH JUDICIAL DISTRICT COURT
PARISH OF POINTE COUPEE

LOUIS WIGGINS ET AL.
vs
STATE FARM INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date: 9/09/09 at 3:00 PM
Served by: J. BROWN              Title: DEPUTY SHERIFF
========================================================================
Received    Number      Date        Paid By             Amount
CHECK/M.O.  10338       9/04/09     COC (POINTE COUPEE) 25.00

ADM         $75
========================================================================

## NO. 731824



EXHIBIT
1

EIGHTEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF POINT COUPEE

STATE OF LOUISIANA

NO.: 42592    DIVISION D

CHARLES AND SHEILA BRIDGEWATER

VERSUS

AMERICAN MODERN HOME INSURANCE COMPANY

FILED: _____   DEPUTY CLERK

**PETITION FOR DAMAGES**

TO THE HONORABLE EIGHTEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF POINT COUPEE AND THE JUDGES THEREOF:

NOW INTO COURT, through undersigned counsel, come Petitioners, Charles and Sheila Bridgewater, members of the age of majority and residents of Louisiana, who respectfully aver:

1.

Made defendant herein is American Modern Home Insurance Company, a juridical entity licensed to and/or doing business in the State of Louisiana, who at all times pertinent hereto issued a policy of insurance to Plaintiffs covering damages suffered by Plaintiffs under the facts and circumstances set forth herein, and which is subject to the jurisdiction of this Honorable Court.

2.

Said Defendant is justly and truly indebted unto Plaintiffs in reasonable amounts to be determined at the trial of this matter but in excess of the jurisdictional minimum of this Honorable Court, to-wit:

3.

Plaintiffs purchased a policy of insurance from Defendant bearing policy number 0770045753642, the Declaration Sheet of which is attached hereto as Exhibit "A," which at all times pertinent hereto was in full force and effect.

4.

As the result of Hurricane Gustav, Plaintiffs suffered a loss caused by a peril covered under the policy of insurance at issue herein.

5.

Pursuant to the terms of the policy, Defendant assigned an adjuster to Plaintiffs' claim as a result of the hurricane damage to Plaintiffs' property.

6.

The obligation of the insurance company pursuant to the terms of the policy was to ascertain the amount of the loss suffered by the insured and fairly compensate the insured for the damages caused by the covered event.

7.

Unfortunately, Defendant either negligently or intentionally failed to fairly or promptly adjust the damage suffered by Plaintiffs, thus breaching the terms of the insurance policy and its obligations to Plaintiffs.

8.

Plaintiffs are entitled to recover the full value of there loss, all other contract benefits under the insurance policy, compensatory benefits, and all other available relief.

9.

Defendant's breach was arbitrary, capricious, and without probable cause.

10.

Defendant's actions constitute a breach of the affirmative duty of good faith and fair dealing, as contemplated by LSA-R.S. 22:1892 and LSA R.S. 22:1973 and the interpreting jurisprudence, thus rendering Defendant liable to Plaintiffs for statutory penalties, exemplary damages, attorney's fees, and all other available damages.

11.

Alternatively, and/or additionally, Defendant's actions constitute enrichment without cause to the detriment of Plaintiffs, entitling Plaintiffs to all damages legally entitled as a result thereof.

12.

Defendant is liable unto Plaintiffs pursuant to the following non-exhaustive: particulars:

a) In negligently, fraudulently, and/or intentionally under-evaluating the damage suffered by Plaintiffs as a result of a loss from a covered peril;

b) In negligently, fraudulently, and/or intentionally misrepresenting the facts and circumstances surrounding the insurance policy and claim at issue;

c) In negligently preparing and/or intentionally misrepresenting the documentation of the loss suffered by Plaintiffs;

d) In negligently, fraudulently, and/or intentionally concealing critical facts and circumstances surrounding the loss at issue;

e) In breaching its contract of insurance with Plaintiffs;

f) In breaching its fiduciary duty of good faith and fair dealing owed Plaintiffs; and

g) In all other ways that may be shown at trial after discovery is completed.

13.

All of which are in violation of the dictates of common sense and the laws of the State of Louisiana, including but not limited to:

a. LSA-C.C. art. 1983, *et seq.*;

b. LSA-C.C. art. 2298, *et seq.*;

c. LSA-C.C. art. 2315, *et seq.*;

d. LSA-R.S. 22:1892;

e. LSA-R.S. 22:1973; and

f. In all other ways that may be shown at trial after discovery is completed.

14.

As results of the foregoing, Plaintiffs have suffered pain and anguish; loss of funds; loss of indemnification benefits entitled to them; loss of the interest that would have inured to there benefit but-for Defendant's breach; loss of the investment opportunities they would have had but for Defendant's breach; all of which have been, are, and will continue to be to the damages of Plaintiffs in reasonable sums to be determined by the fact finder, for which Plaintiffs seek reasonable and just compensation consistent with the evidence that will be presented at the trial of this matter.

**WHEREFORE**, Petitioners pray that Defendant be served with a copy of this petition for damages, and be duly cited to appear and answer same, and that, after legal delays and all due proceedings, there be judgment in their favor and against Defendant, in amounts to be determined at trial and found reasonable in the premises, together with legal interest on all said amounts from date of judicial demand until paid in full, all costs and disbursements of these proceedings, together with reasonable attorneys' fees and costs, and all other general and equitable relief as the court may deem fit.

Respectfully submitted,

CARL N. FINLEY,
ATTORNEY-AT-LAW, L.C.

*[signature]*

CARL N. FINLEY (LSBA No. 23074)
100 Lilac Street
Metairie, LA 70005
Telephone: 504.754.2433
Facsimile: 504.836.5079
*ATTORNEY FOR PETITIONERS*

**PLEASE SERVE:**
**AMERICAN MODERN HOME INSURANCE COMPANY**
Through Its Registered Agent
**LOUISIANA SECRETARY OF STATE**
Twelve United Plaza - 8585 Archives Ave.
Baton Rouge, LA 70809

ATTEST A TRUE CERTIFIED COPY
DATE FILED 9-309
[clerk stamp] POINTE COUPEE PARISH LOUISIANA



RENELWAL  
DECLARATION PAGE    393

# AMERICAN MODERN HOME INSURANCE COMPANY

**DWELLING POLICY DECLARATIONS**    **POLICY NUMBER: 0770045753642**

**NAMED INSURED:**  
CHARLES & SHEILA BRIDGEWATER  
PO BOX 144  
JARREAU LA 70749-0144

**AGENT 046175:**  
NORTHWEST INSURANCE AGENCY  
PO BOX 7967  
SANTA ROSA CA 95407-7396

**MAIL TO:** N077  046175  0045753642  17  T60  
CHARLES & SHEILA BRIDGEWATER  
PO BOX 144  
JARREAU LA 70749-0144

**BROKER 004147:**  
AGNES S ANDREWS  
1200 SOUTH ACADIAN  
BATON ROUGE LA 70806  
PHONE: (225) 383-0877

**POLICY PERIOD:**  
FROM: DEC 4, 2007    TO: DEC 4, 2008  
12:01 A.M. STANDARD TIME  
AT INSURED PROPERTY ADDRESS

**INSURED PROPERTY:**  
5636 WOODVIEW LN  
JARREAU LA 70749-3109

**LIENHOLDER 1:**  
ARGENT MORTGAGE COMPANY LLC  
P O BOX 11056  
ORANGE CA 92856

| UNIT | OCCUPANCY | CONSTRUCTION TYPE | NO. FAMILIES | NO. STORIES | PROTECTION CLASS | TERR |
|---|---|---|---|---|---|---|
| 1 | OWNER OCCUPIED | MASONRY | ONE FAMILY | ONE STORY | 06 | 62 |

THIS POLICY PROVIDES ONLY THE FOLLOWING COVERAGES FOR THIS UNIT:

| SECTION | ITEM | COVERAGE | LIMIT | PREMIUM |
|---|---|---|---|---|
| 1 | COVERAGE A | DWELLING (DP-1),FIRE & EXT. COV. | $200,000 | $1,169.00 |
| 1 | DEDUCTIBLE | SUBJECT TO WIND AND HAIL | $4,000 | |
| 1 | COVERAGE C | PERSONAL PROPERTY,FIRE & EXT.COV | $100,000 | $700.00 |
| 1 | COVERAGE B | OTHER STRUCTURE,FIRE & EXT. COV. | $20,000 | $100.00 |
| 1 | DEDUCTIBLE | SUBJECT TO ALL PERILS * | $1,000 | $59.00- |
| 2 | COVERAGE L | PERSONAL LIABILITY EA. OCC. | $100,000 | $70.00 |
| 2 | COVERAGE M | MEDICAL PAYMENTS EA. PERSON | $1,000 | |
| 2 | COVERAGE M | MEDICAL PAYMENTS EA. OCC. | $25,000 | |
| 2 | | DAMAGE TO PROPERTY OF OTHERS | $500 | |
| 1 | FEE | 2005 LA FAIR PLAN | | $68.58 |
| 1 | FEE | EMERGENCY ASSESSMENT 3.6% | | |

MINIMUM WRITTEN AND/OR EARNED MAY APPLY    **TOTAL PREMIUM    $2,048.58**

****THIS POLICY DOES NOT INCLUDE VANDALISM AND MALICIOUS MISCHIEF COVERAGE.****  
** IF THE ALL PERILS DEDUCTIBLE AND THE WIND/HAIL DEDUCTIBLE SHOWN ABOVE  
DIFFER, THE GREATER OF THE TWO LIMITS WILL APPLY TO THE WIND/HAIL DEDUCTIBLE.  
****THIS POLICY DOES NOT INCLUDE FLOOD COVERAGE.****  
****THIS POLICY DOES NOT INCLUDE EARTH MOVEMENT AND EARTHQUAKE COVERAGE.****

(CONTINUED ON REVERSE SIDE)

**ENDORSEMENT FORMS APPLICABLE TO THIS POLICY:**  
FORM    IN150    09/07;  IN614    09/06;  S2003    11/99;  S2005    07/88;  
73184    05/99;  73185    05/99;  73290    06/03;  73339    10/98;  DF003    03/91;  
SLM17   04/05;

**BILL TO INSURED**  
**DATE PREPARED:** OCT 30, 2007  
FORM NO. 0110-4269 (5/92)    INSURED'S COPY